THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Farid Ahmad
 Mangal, Appellant.
 
 
 

Appeal From Spartanburg County
J. Mark Hayes, II, Circuit Court Judge
Unpublished Opinion No. 2009-UP-113
Submitted March 2, 2009  Filed March 4,
 2009    
AFFIRMED

 
 
 Appellate Defender Lanelle C. Durant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant Attorney Christina J. Catoe, all of Columbia; Solicitor
 Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 

PER CURIAM:  Farid Ahmad Mangal appeals his
 convictions and sentences for first-degree criminal sexual conduct with a
 minor, two counts of second-degree criminal sexual conduct with a minor,
 incest, and committing a lewd act on a minor.  Mangal argues the trial court
 erred in denying his motion for a mistrial.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities: State v.
 George, 323 S.C. 496, 510, 476 S.E.2d
 903, 912 (1996) ("No issue is preserved
 for appellate review if the objecting
 party accepts the [court's] ruling and
 does not contemporaneously make an additional objection to the sufficiency of
 the curative charge or move for a mistrial."); State v. Wilson, 345
 S.C. 1, 7, 545 S.E.2d 827, 830 (2001) ("The determination of prejudice
 must be based on the entire record and the
 result will generally turn on the facts of each case.");  Goode v. St.
 Stephens United Methodist Church, 329 S.C. 433, 447, 494 S.E.2d 827, 834
 (Ct. App. 1997) (holding the appellate court must affirm the trial court on an
 issue when the appellant fails to provide adequate materials for this court to
 consider the argument).
AFFIRMED.
HUFF,
 WILLIAMS, and KONDUROS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.